# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTINA MALIMON, et al.,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 22-2287 |
| : | |
| **T-MOBILE,** : | |
| Defendant. : | |

## O R D E R

On June 9, 2022, Plaintiffs filed a Complaint against Defendant. (Doc. No. 1.) No action has taken place since. On August 25, 2023, I ordered Plaintiffs show cause why this matter should not be dismissed for failure to prosecute not later than August 28, 2023. (Doc. No. 4.) Plaintiffs again have taken no action.

Accordingly, on this 30th day of August, 2023, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.